UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| KENNETH ADAM MARSHALL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CAUSE NO.  3:03-CV-460 RM |
| | ) | |
| STAN KNIGHT, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

<u>OPINION AND ORDER</u>

When Kenneth Marshall filed this action, he was a prisoner confined at the Miami Correctional Facility. The court granted Mr. Marshall leave to proceed without full prepayment of fees and costs, and later granted him leave to proceed without prepayment of fees and costs on appeal. Granting a prisoner's request to proceed *in forma pauperis* means that the inmate must pay the full filing fee, but may benefit from procedures whereby he will be permitted to pay the fee in installments from his prison trust account. 28 U.S.C. § 1915(b). Mr. Marshall has not yet paid the full filing fees assessed against him. Mr. Marshall owes $103.69 as the balance of his district court filing fee. The balance due on his appellate filing fee is $163.07.

Mr. Marshall has advised the court that he has been released from custody, and is no longer confined in any jail or penal facility. Section 1915(b)(2) contemplates that a prisoner make installment payments toward the filing fee from his trust account, but a prisoner's release from incarceration means that there is no longer a prison trust account from which to withdraw payments. When

a prisoner is released from custody, the court must reconsider his pauper status and determine his ability to continue to make payments toward the filing fee.

For the foregoing reasons, the court AFFORDS Mr. Marshall to and including September 15, 2006, within which to either pay the balance of his district court and appellate filing fees or advise the court of his current financial situation, and DIRECTS the clerk to forward Mr. Marshall with a copy of the court's *in forma pauperis* petition for non-prisoners along with this order. Failure to respond to this order may result in this case being dismissed without prejudice and without further notice.

SO ORDERED.

ENTERED: August 18 , 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court